IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER ORJI | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 12-CV-0001 |
| Defendant | : | |

## **ORDER**

AND NOW, this 27th day of June, 2013, IT IS HEREBY ORDERED that the defendant's motion for summary judgment (Dkt. 23) is GRANTED as to all counts in the complaint.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.